429 A.2d 66

Harrisburg School District v. Garrett–Buchanan Co. et al., Appellants.

Reargument Denied Jan. 6, 1981.

Petition for Allowance of Appeal Denied March 17, 1981.

Reconsideration Denied May 5, 1981.

Argued March 5, 1980.   Kent H. Patterson, for Garrett, etc., appellants;  Peter F. Baughman, for Equipment Sales et al., appellants;  Jack M. Stover, for Harrisburg etc., appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.

429 A.2d 66

Karl, Appellant v. Karl Racing, Inc.

Argued March 4, 1980.   Daniel W. Shoemaker, for appellant;  David W. Bupp, for appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.